United States District Court District of New Jersey

Civil Division

Joseph Failla

Plaintiff(s)

Case No. 3:20-cv-07109-BRM-TJB

vs.

George's Foods, LLC, et.al.

Defendant(s)

Affidavit of Service by Process on Tracy L. Brown

I, Kevin McCaul, having been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s)

Tracy L. Brown

hereby depose and say,
That my age is: 56
That my business address is: P.O. Box 614 Silver Spring MD 20918
That at 9:21 am/pm on the day of June 18, 2020
___ I served a copy of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s)

(personally) at the following address

Description: _____

X I served a copy of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s)

Tracy L. Brown

by leaving a copy with
Joshlie Ortiz - Office of Human Resources - George's Family Farms, LLC
at the following address
19992 Senedo Rd. Edinburg VA 22824
Description: Hispanic female - early 40's - 5'7" - 220 lbs. - blonde hair - individual confirmed with the personnel department that Tracy L. Brown is an employee of the company and stated to me that she was authorized to accept service on her behalf.

Signature

Subscribed and sworn to before me this 22nd day of June, 2020

Nicole Randall
Notary Public

My Commission Expires 8/14/2020

[Notary Seal: NICOLE RANDALL, NOTARY PUBLIC, MY COMMISSION EXPIRES 8/14/2020, DISTRICT OF COLUMBIA]

United States District Court District of New Jersey

Civil Division

Joseph Failla

Plaintiff(s)

vs.

Case No. 3:20-CV-07109-BRM-JSB

George's Foods, LLC, et. al.

Defendant(s)

### Affidavit of Service by Process on George's Family Farms, LLC

I, **Kevin McCaul**, having been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s) **George's Family Farms, LLC** hereby depose and say,

That my age is: **56**

That my business address is: **P.O. Box 614 Silver Spring MD 20918**

That at **9:21 am**/pm on the day of **June 18**, 2020

__ I served a copy of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s) _____

(personally) at the following address _____

Description: _____

**X** I served a copy of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s) **George's Family Farms, LLC**

by leaving a copy with **Joshlie Ortiz - Office of Human Resources**

at the following address **19992 Senedo Rd. Edinburg VA 22824**

Description: **Hispanic female - early 40's - 5'7" - 220 lbs - blonde hair - individual stated to me that she was authorized to accept service.**

Signature

Subscribed and sworn to before me this **22nd** day of **June**, **2020**

Notary Public

My Commission Expires **8/14/2020**

[Notary Seal: NICOLE RANDALL, NOTARY PUBLIC, MY COMMISSION EXPIRES 8/14/2020, DISTRICT OF COLUMBIA]

United States District Court District of New Jersey

Civil Division

Joseph Failla

Plaintiff(s)

vs.

George's Foods, LLC, et. al.

Defendant(s)

Case No. 3:20-cv-07109-BRM-TJB

Affidavit of Service by Process on George's Foods, LLC

I, Kevin McCaul, having been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s) George's Foods, LLC hereby depose and say,

That my age is: 56
That my business address is: P.O. Box 614 Silver Spring MD 20918
That at 9:21 am/pm on the day of June 18, 2020
__ I served a copy of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s)

(personally) at the following address

Description:

X I served a copy of the Summons, Civil Cover Sheet, and Complaint on the following named Defendant(s) George's Foods, LLC
by leaving a copy with Joshlie Ortiz - Office of Human Resources
at the following address 19992 Senedo Rd. Edinburg VA 22824
Description: Hispanic female - early 40's - 5'7" - 220 lbs - blonde hair - individual stated to me that she was authorized to accept service.

Signature

Subscribed and sworn to before me this 22nd day of June, 2020

Nicole Randall
Notary Public

My Commission Expires 8/14/2020