UNITED STATES DISTRICT COURT DISTRICT
OF NEW JERSEY

| | |
|---|---|
| JOSEPH FAILLA | Civil Action No. 3:20- cv-07109-BRM-TJB |
| Plaintiff(s) | |
| v. | |
| GEORGE'S FOODS, LLC, GEORGE'S FAMILY  FARMS, LLC and TRACY L BROWN | |
| Defendant(s) | |

DEFENDANTS' GEORGE'S FOODS, LLC., GEORGE'S FAMILY FARMS,LLC AND RULE 7.1 DISCLOSURE OF AFFILLIATIONS AND FINANCIAL INTEREST

Comes now separate Defendants, George's Foods, LLC., and George's Family Farms, LLC and state as follows:

1. George's Foods, LLC, is a privately held Virginia Limited Liability Corporation.  No publicly held corporation owns stock in George's Foods, LLC.

2. George's Family Farms, LLC, is privately held Virginia Limited Liability Corporation.  No publicly held corporation owns stock in George's Family Farms, LLC

                        HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
                        Attorneys for Defendants, George's Foods, LLC, George's Family Farms, LLC and Tracy L. Brown

                        _____
                        By: Paul Daly, Esq.

Dated: