# HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

www.HKMPP.com

**Paul Daly**
**Direct Dial: (973) 315-2244**
pdaly@hkmpp.com

CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A CIVIL TRIAL ATTORNEY

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

November 15, 2021

The Honorable Jessica Allen, USMJ
USDC, District of New Jersey (Trenton)
Clarkson S. Fisher Federal Bldg & U
Trenton, NJ 08608

    **RE:  Failla v. George's Foods, LLC, et al.**
           **Docket No.  3:20-cv-07109-BRM-TJB**
           **File No.  666.47134**

Dear Sir/Madam:

    As the court may recall, we represent defendants in the above referenced matter.

    On July 26, 2021, the court entered a scheduling order setting forth dates for the completion of discovery. In addition, September 27, 2021, the court scheduled a settlement conference for December 7, 2021. The conference was scheduled to take place after the exchange of expert reports and before expert depositions.

    Despite the diligent efforts of the parties, due to issues beyond the control of counsel (specifically expert schedules and availability), both parties jointly request an extension of the deadlines in the July 26, 2021 scheduling order. In that regard, we have prepared the attached consent order for the court's consideration.

    We are of course available for a conference call if the court would like to discuss these issues further.

Page 2
November 15, 2021

                                      Very truly yours,

                                      /s Paul Daly

                                      Paul Daly

PD:ld
 cc:   David T. Sirotkin, Esq.
       Benedict P. Morelli, Esq.
       Alexander Morelli, Esq.
       Morelli Law Firm, PLLC