Paul Daly, Esq.
NJ Attorney ID 044781995
Mark S. Kundla, Esq.
NJ Attorney ID 027361981
HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
673 MORRIS AVENUE
SPRINGFIELD, NEW JERSEY 07081
(973) 912-5222

Attorneys for Defendants, George's Foods, LLC, George's Family
Farms, LLC and Tracy L. Brown

|  |  |  |
|---|---|---|
| JOSEPH FAILLA, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | DISTRICT OF NEW JERSEY: MERCER |
| Plaintiff, | : | COUNTY |
| vs. | : | Docket No 2:20-cv-07109-BRM-TJB |
| GEORGE'S FOODS, LLC, GEORGE'S | : | |
| FAMILY FARMS, LLC, and TRACY L. | : | Civil Action |
| BROWN, | : | |
| Defendants. | : | **CONSENT ORDER** |
| | : | |

    This matter having been opened to the Court by Hardin, Kundla,

McKeon & Poletto, P.A., attorneys for Defendants, George's Foods,

LLC, George's Family Farms, LLC and Tracy L. Brown, for an Order

extending the time for plaintiff's expert reports to November 30,

2021 and for defendants time to serve expert reports to January 15, 2022 and to reschedule the settlement conference for a date to be determined by the court and the attorney for plaintiff, Joseph Failla, having consented thereto, and for good cause shown;

IT IS on this 18th  day of  November      , 2021,

Ordered by consent of all parties the following:

1.   Plaintiff's expert report extended to **November 30, 2021;**

2.   Defendants' expert reports extended to **January 15, 2022;**

3.   Settlement conference rescheduled for **February 1, 2022 at 10:00 a.m.** The Court will provide the parties with the connection information in advance. All parties with ACTUAL settlement authority are required to participate. The parties shall fax their respective confidential settlement position papers to Chambers (973-645-4549) on or before **January 26, 2022.** The deadline for completion of all expert discovery, including expert deposition shall be held in abeyance, pending the outcome of the Settlement Conference;

A copy of this order shall be served upon all parties upon electronic filing.

*s/ Jessica S. Allen*
United States Magistrate Judge

I HEREBY CONSENT TO THE FORM AND
ENTRY OF THE WITHIN ORDER.

MORELLI LAW FIRM, PLLC
Attorney for Plaintiff, Joseph Failla

By: /s David Sirotkin

David T. Sirotkin, Esq.


HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
Attorneys for Defendants, George's
Foods, LLC, George's Family Farms, LLC
and Tracy L. Brown

- 2 -

By:  /s Paul Daly
     Paul Daly, Esq.