HARDIN, KUNDLA, McKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

_____

www.HKMPP.com

**Paul Daly**
**Direct Dial:  (973) 315-2244**
pdaly@hkmpp.com

CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A CIVIL TRIAL ATTORNEY

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

January 14, 2022

A Telephone Status Conference
is scheduled for **March 2, 2022**
**at 10:45 a.m.**  The conference
call information will be provided
in advance. So Ordered.

*s/Jessica S. Allen*
Hon. Jessica S. Allen,  U.S.M.J.
Dated: 1/25/2022

The Honorable Jessica Allen, USMJ
USDC, District of New Jersey (Trenton)
Clarkson S. Fisher Federal Bldg & U
Trenton, NJ 08608

> RE:  **Failla v. George's Foods, LLC, et al.**
>      **Docket No.  3:20-cv-07109-BRM-TJB**
>      **File No.  666.47134**

Dear Judge Allen:

This firm represents defendants with regard to the above referenced matter which is presently scheduled for a settlement conference with the court for February 1, 2022.

On behalf of the parties, we appreciate the court's willingness to devote time to a potential resolution of this matter. However, given the issues in this matter we believe a private mediation offers us the best chance of reaching a resolution. In that regard, we have scheduled this matter for a private mediation with The Hon. Peter E. Doyne, P.J.S.C. for February 18, 2022.

Accordingly, we request that the court remove the settlement conference from its calendar for February 1. We suggest that a conference be scheduled for mid-March to discuss the further handling of the matter if the mediation is not successful.

Page 2
January 14, 2022

                                        Respectfully,


                                        Paul Daly

PD:ld
 cc:    David T. Sirotkin, Esq.
        Benedict P. Morelli, Esq.
        Alexander Morelli, Esq.
        Morelli Law Firm, PLLC