HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

www.HKMPP.com

**Paul Daly**
**Direct Dial:  (973) 315-2244**
pdaly@hkmpp.com

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

June 30, 2022

Magistrate Judge Jessica S. Allen
USDC, District of New Jersey (Trenton)
Clarkson S. Fisher Federal Bldg & U
Trenton, NJ 08608

    **RE:   Failla v. George's Foods, LLC, et al.**
           **Docket No.  3:20-cv-07109-BRM-TJB**
           **File No.  666.47134**

Dear Judge Allen:

    Pursuant to the court's direction, please accept this as a joint report of the parties as to the status of this matter.

    Fact discovery in this matter is complete and the parties have exchanged expert reports. The parties have been engaged in expert depositions with the last noticed deposition having been completed on June 28, 2022.

    The parties participated in mediation with The Hon. Peter E. Doyne (ret.) in February of this year. At this point, we do not believe any further mediation would be fruitful. We believe a Final Pretrial Conference is in order.

    Please do not hesitate to let us know if there any additional questions or concerns.

Page 2
June 30, 2022

                                        Respectfully,

                                        Paul Daly

PD:ld
cc:   David T. Sirotkin, Esq.
      Benedict P. Morelli, Esq.
      Alexander Morelli, Esq.
      Morelli Law Firm, PLLC